UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020

BETTY G. NUNEZ,

               Plaintiff,

19 **CIVIL** 5299 (NSR)(JCM)

-v-

**JUDGMENT**

ANDREW SAUL,

               Defendant.

----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        March 20, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                       **BY:**

                                              **Deputy Clerk**